AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MG INDÚSTRIA E COMÉRCIO, S.A., a foreign corporation,

*Plaintiff(s)*

v.

W.R. INTERNATIONAL BUSINESS, INC., a Florida corporation

*Defendant(s)*

Civil Action No. 16-cv-61967-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  W.R. INTERNATIONAL BUSINESS, INC.
Wagner Rossi, Registered Agent
3750 Hacienda Blvd., Suite H
Davie, FL  33314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey M. Garber, Esq.
Ciklin Lubitz & O'Connell
515 North Flagler Drive, 20th Floor
West Palm Beach, FIroida  33401
Phone:  561-832-5900 / Fax:  561-833-4209
Email:  service@ciklinlubitz.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/16/2016

Steven M. Larimore
Clerk of Court

**SUMMONS**



s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts